# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

BR TANK, LLC

VERSUS

MERIDIAN CHEMICALS, LLC,
RJ'S TRANSPORTATION, LLC,
AND HONEYWELL INTERNATIONAL
INC.

NO. 2019 CW 0824

NOV 1 2 2019

---

In Re: RJ's Transportation, LLC, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 656933.

---

**BEFORE: WHIPPLE, C.J., GUIDRY AND CRAIN, JJ.**

**WRIT DENIED.**

**VGW**
**JMG**
**WJC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT